**Order filed, January 10, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01157-CV

_____

**CITY OF HOUSTON, Appellant**

**V.**

**LITTLE NELL APARTMENTS, L.P., ET AL, Appellee**

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2012-09885**

## ORDER

The reporter's record in this case was due **December 27, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Berry**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM